
JRB: USAO 2018R00393

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.** PWG 18cr583 |
| | * | |
| **WILMER FLORES MEJIA,** | * | **(Coercion and Enticement of a Minor, 18 U.S.C. § 2422(b); Forfeiture, 18 U.S.C. § 2428)** |
| | * | |
| **Defendant** | * | |
| | * | |
| | * | |
| | * | |
| | * | |

*******

U.S. DISTRICT COURT
DISTRICT OF MARYLAND
FILED
2018 NOV 27 PM 3: 32
CLERK'S OFFICE
AT GREENBELT
BY ______ DEPUTY

**INFORMATION**

**COUNT ONE**
**(Coercion and Enticement of a Minor)**

The United States Attorney for the District of Maryland charges that:

On or about December 5, 2015, in the District of Maryland and elsewhere, the defendant,

**WILMER FLORES MEJIA,**

using any facility and means of interstate and foreign commerce, attempted to and did knowingly persuade, induce, entice, and coerce Victim 1, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely, 18 U.S.C. § 2251(a), Production of Child Pornography.

18 U.S.C. § 2422(b)

**FORFEITURE ALLEGATION**

The United States Attorney for the District of Maryland further finds that:

1. Pursuant to Title 18, United States Code, Section 2428, upon conviction of the offense set forth in Count One of this Information, in violation of Title 18, United States Code, Section 2422(b), the defendant,

**WILMER FLORES MEJIA,**

shall forfeit to the United States of America:

a. Any property, real or personal, used or intended to be used to commit or to facilitate the violation; and

b. Any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the violation.

2. If any of the property described above, as a result of any act or omission of the defendant,

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461.

18 U.S.C. § 2428
28 U.S.C. § 2461

11/27/2018
Date

Robert K. Hur / DMB
Robert K. Hur
United States Attorney