<u>ATTACHMENT A</u>

STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

In December 2015, **WILMER FLORES MEJIA** ("**FLORES MEJIA**") was a resident of Maryland. Victim 1, a 15 year old boy, lived in El Salvador. In December 2015 (among other times), **FLORES MEJIA** engaged in a Facebook Messenger conversation with Victim 1 using the Facebook Messenger application. Facebook Messenger is an Internet chat application that facilitates the exchange of text, symbols, and images. **FLORES MEJIA** and Victim 1 conversed in Spanish. The following is an excerpt (with translation) of the Facebook Messenger conversation on December 5, 2015:

| | |
|---|---|
| Victim 1: | Yo si quise pero my mama me desia que noo |
| Victim 1: | I did want to but my mom said I couldn't |
| **FLORES MEJIA:** | Igual. No quieras. Porq no me quiras chichar. Por eso fue todo 😂😂😂.. |
| **FLORES MEJIA:** | Either way. You didn't want to. Because you didn't want to fuck me. That's the reason for everything 😂😂😂. |
| **FLORES MEJIA:** | Ni tanciquiera boquear 😂. |
| **FLORES MEJIA:** | Not even to suck 😂. |
| **FLORES MEJIA:** | Y te daba pena. Por el q dirán. Mira tantos ahí. Q la pasan súper recio en el basil. Y les da igual. Igual. La puta gente siempre habla mierdas ya no sabes. |
| **FLORES MEJIA:** | And you were ashamed. Because of what people might say. Look at all the guys there. Who have a great time goofing off. And they don't care. Either way. The fucking people will always talk shit don't you know. |
| Victim 1: | Bueno eso no importa que la jente able ami porq no mejaron. |
| Victim 1: | Well it doesn't matter that people talk because I wasn't allowed |
| **FLORES MEJIA:** | Jummmm |
| **FLORES MEJIA:** | Hummmm |
| **FLORES MEJIA:** | Apues conste la próxima ves iré a tu casa a hablar con tu mamá para q te deje salir. Pero ya sabes vas a tener q Vaaaa 👉💦 |

Rev. August 2018

| | |
|---|---|
| **FLORES MEJIA:** | Oh well just for the record next time I'll go to your house to talk with your mom so that she'll let you go out. But you already know that you'll need to riiiight 😏👅 |
| Victim 1: | Simón |
| Victim 1: | Yeah |
| Victim 1: | Puesi meme sit e mando la tofo [sic] me vas amandar él dinero |
| Victim 1: | Well yes Meme if I send you the photo will you send me the money |
| **FLORES MEJIA:** | Y va le daré billete a tu mamá. Te compraré 😄 |
| **FLORES MEJIA:** | And right I'll give cash to your mom. I'll buy you 😄 |
| Victim 1: | Simón |
| Victim 1: | Yeah |
| **FLORES MEJIA:** | Simón |
| **FLORES MEJIA:** | Yeah |
| Victim 1: | Piesi [sic] meme si te mando la foto me vas amandar él dinero |
| Victim 1: | Well yes Meme if I send you the photo you're going to send me the money |
| Victim 1: | Yo bendo la fotitos 😄😄😄😄 |
| Victim 1: | I sell photos 😄😄😄😄 |
| **FLORES MEJIA:** | Jummm |
| **FLORES MEJIA:** | Hummm |
| **FLORES MEJIA:** | Asaver a cuantos le vendes va 😟👎 |
| **FLORES MEJIA:** | Who knows how many people you sell to, right |
| **FLORES MEJIA:** | Asaver a cuantos le vendes va 😟👎 |
| **FLORES MEJIA:** | Who knows how many people you sell to, right |
| Victim 1: | Solo vz te bendo a hotro no nada para ellos solo para vz |
| Victim 1: | I only sell to you not to any others nothing for them only for you |

Rev. August 2018

2

| | |
|---|---|
| **FLORES MEJIA:** | Jummmm |
| **FLORES MEJIA:** | Hummmm |
| **FLORES MEJIA:** | Dale pues mandalas |
| **FLORES MEJIA:** | Go ahead send it |
| Victim 1: | [sent photograph of his semi-erect penis] |
| Victim 1: | Valla pero me pones él dímero no me ballas adar paka [sic] |
| Victim 1: | Wow but send me the money don't bullshit me |
| Victim 1: | Paja |
| Victim 1: | Bullshit |
| **FLORES MEJIA:** | ☺👍😀 |
| **FLORES MEJIA:** | Pero solo una |
| **FLORES MEJIA:** | But only one |
| Victim 1: | Si solo esa |
| Victim 1: | Yes just that one |
| **FLORES MEJIA:** | Más manda más |
| **FLORES MEJIA:** | More send more 😮 |
| Victim 1: | Si solí esa me tome |
| Victim 1: | But I only took that one of myself |

**FLORES MEJIA**'s Facebook Messenger account showed that **FLORES MEJIA** had engaged in other conversations with minor boys on multiple occasions. The following phones have been seized from **FLORES MEJIA** and contain conversations with minor boys, including regarding sexual topics: an iPhone 7 Plus, model A1661, serial number F2LSR0MEHFY0, and an iPhone 10, serial number DNPVQ3V0JCLG.

A federal search warrant was executed at **FLORES MEJIA**'s residence in Maryland. A notebook recovered there contained the names and ages of boys from a village in El Salvador, including the name and age of Victim 1. **FLORES MEJIA** knew that Victim 1 was under 18 years of age, and **FLORES MEJIA** knowingly persuaded, induced, and enticed Victim 1 to send images that constitute a lascivious exhibition of the genitals or pubic area of Victim 1. When **FLORES MEJIA** conversed with Victim 1 using Facebook Messenger and the Internet, he used a facility and means of interstate and foreign commerce.

SO STIPULATED:

_____
Joseph R. Baldwin
Assistant United States Attorney

_____
Wilmer Flores Mejia
Defendant

_____
Michael CitaraManis, Esq.
Counsel for Defendant